### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) CASE NO.:16-13506-AMC |
| | ) |
| LAMAR M. MCPHERSON | ) CHAPTER 7 |
| Debtor. | ) |
| | ) |
| | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to dismiss judicial liens was sent on September 27, 2016 to the below listed persons as follows:

<u>Via Electronic Filing and First Class Mail</u>
Terry P. Dershaw, Esquire
Chapter 7 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

<u>Via Certified Mail</u>
Midland Funding
Att: Officer
2365 Northside Dr.
Suite 300
San Diego, CA 92108


<u>Via First Class Mail</u>
Lamar M. McPherson, Debtor
1800 JFK Blvd.
Suite 300
Philadelphia, PA 19108



BY:    /s/ Shevelle McPherson
Shevelle McPherson, Esq.
PA I.D. # 87731
811 Church Road
Suite 105
Cherry Hill NJ 08002
856-427-4498