**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) CASE NO.: 16-13506 amc |
| | ) Hearing Date: 11/2/2016 at 11:00am |
| Lamar M. McPherson | ) CHAPTER 7 |
| Debtor. | ) |

_____

**CERTIFICATION OF NO OBJECTION**

I, Shevelle McPherson, of McPherson Law Offices, hereby certify that:

1.  Debtor commenced this case on May 17, 2016 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2.  On September 27, 2016, Debtor filed a Motion, pursuant to 11 U.S.C. §522(f), to avoid and cancel a judicial lien held by Midland Funding, Docket Item #16.

3.  On September 27, 2016, the Debtor filed a Notice of Motion, Docket Item #18.  A copy of said Motion and Notice of Motion was served upon all Parties as evidenced by the Certificate of Service filed on September 27, 2016.

4.  More than fourteen (14) days have expired since the service of the Motion.  The undersigned certifies that I have reviewed the Court's docket in this case and no other answer, objection, other responsive pleading has been filed with the Clerk of the United States Bankruptcy Court or served upon Counsel for the Debtor as of the date of this Certification.

Wherefore, McPherson Law Offices, as Counsel for the Debtor respectfully requests that the Order Approving the Motion be entered at the earliest convenience of the court.

MCPHERSON LAW OFFICES LLC


November 1, 2016

By:

/s/_____

SHEVELLE MCPHERSON
Attorney for Debtor

**I**N **THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) CASE NO 16-13506-amc |
| | ) |
| Lamar M. McPherson | ) CHAPTER 7 |
| Debtor. | ) |
| | ) |
| | ) |

**ORDER OF COURT**

AND NOW, this _____day of _____, 2016, upon

consideration of the foregoing Motion to Avoid the Judicial Lien of Midland Funding,

recorded at DC-001113-16 in the face amount of $685.99, it is hereby ORDERED that

the Motion is GRANTED upon discharge.


BY THE COURT:


_____
Hon. Ashely M. Chan
United States Bankruptcy Judge